# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CATHOLIC DIOCESE OF WILMINGTON, INC., <br> a Delaware Corporation, <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-13560 (CSS) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br> Plaintiff, <br><br> v. <br><br> CATHOLIC DIOCESE OF WILMINGTON, INC., *et al.*, <br><br> Defendants. | Adv. Proc. No. 09-52866 (CSS) <br><br> **Ref. Docket No. 116** |

## JOINDER OF DEBTOR-DEFENDANT CATHOLIC DIOCESE OF WILMINGTON, INC. IN THE MOTION OF THE NON-DEBTOR DEFENDANTS FOR RECONSIDERATION OF THE COURT'S JUNE 28, 2010 OPINION

The above-captioned Debtor-defendant hereby joins in the *Motion of the Non-Debtor Defendants for Reconsideration of the Court's June 28, 2010 Opinion* [D.I. 116].

Dated: Wilmington, Delaware
June 29, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John T. Dorsey

John T. Dorsey (No. 2988)
Neilli M. Walsh (No. 2707)
Mary F. Dugan (No. 4704)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Catholic Diocese of Wilmington, Inc.