# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CATHOLIC DIOCESE OF WILMINGTON, INC., <br> a Delaware Corporation, <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-13560 (CSS) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br> Plaintiff, <br><br> v. <br><br> CATHOLIC DIOCESE OF WILMINGTON, INC., *et al.*, <br><br> Defendants. | Adv. Proc. No. 09-52866 (CSS) <br><br> **Ref. Docket Nos. 115, 129, 128, 134 & 135** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure, the above captioned debtor-defendant (the "Debtor"), by and through its undersigned counsel, hereby appeals pursuant to 28 U.S.C. § 158(a)(1) and (d) to the United States District Court for the District of Delaware or the United States Court of Appeals for the Third Circuit, as applicable,[1] from the following orders, judgment, and opinions entered the above-captioned adversary proceeding:

(i) *Opinion* dated June 28, 2010 [D.I. 115], attached hereto as Exhibit A;

(ii) *Corrected Order Partially Granting and Partially Denying Declaratory Relief with Respect to the Second and Fourth Claims for Relief of the Complaint and Directing Entry of Final Judgment Thereon (Phase I)* dated July 19, 2010 [D.I. 129]), attached hereto as Exhibit B;

---

[1] The Debtor and the non-debtor defendants have petitioned this Court pursuant to 28 U.S.C. § 158(b) for certification of direct appeal to the United States Court of Appeals for the Third Circuit [D.I. 138 & 141], which petition is set for hearing on August 12, 2010.

(iii) *Corrected Final Judgment* dated July 19, 2010 [D.I. 128], attached hereto as <u>Exhibit C</u>;

(iv) *Opinion* dated July 21, 2010 [D.I. 134], attached hereto as <u>Exhibit D</u>; and

(v) Order dated July 21, 2010 [D.I. 135], attached hereto as <u>Exhibit E</u>.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the opinions, judgment and orders appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| | |
|---|---|
| **The Debtor** | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>John T. Dorsey<br>Neilli Mullen Walsh<br>Mary F. Dugan<br>Patrick A. Jackson<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600 |
| **Catholic Diocese Foundation;**<br>**Diocese of Wilmington Schools, Inc.;**<br>**Catholic Cemeteries, Inc.;**<br>**Siena Hall, Inc.;**<br>**Children's Home, Inc.;**<br>**Seton Villa, Inc.;**<br>**Catholic Youth Organization, Inc.;**<br>**St. Ann Roman Catholic Church (Wilmington);**<br>**St. Thomas the Apostle Roman Catholic Church;**<br>**St. Francis de Sales Roman Catholic Church;**<br>**St. John the Beloved Roman Catholic Church** | ASHBY & GEDDES<br>Stephen E. Jenkins<br>Philip Trainer, Jr.<br>Toni-Ann Platia<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888 |
| **The Official Committee of Unsecured Creditors** | PACHULSKI STANG ZIEHL & JONES, LLP<br>James I. Stang<br>Kenneth H. Brown<br>Gillian N. Brown<br>Elissa A. Wagner<br>Curtis A. Hehn<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100 |

PLEASE TAKE FURTHER NOTICE that the names of other interested parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Catholic Charities, Inc.**<br>**Cathedral of St. Peter Roman Catholic Church**<br>**St. Benedict Roman Catholic Church**<br>**Corpus Christi Roman Catholic Church**<br>**St. Edmond Roman Catholic Church**<br>**Holy Family Roman Catholic Church**<br>**Holy Rosary Roman Catholic Church**<br>**St. Polycarp Roman Catholic Church**<br>**St. Luke Roman Catholic Church**<br>**Our Lady of Lourdes Roman Catholic Church**<br>**St. Paul Roman Catholic Church**<br>**St. Mary Refuge of Sinners Roman Catholic Church** | ASHBY & GEDDES<br>Stephen E. Jenkins<br>Philip Trainer, Jr.<br>Toni-Ann Platia<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888 |
| **Official Committee of Lay Employees** | (Proposed counsel)<br>GREENBERG TRAURIG, LLP<br>Donald J. Detweiler<br>Sandra G.M. Selzer<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000 |

Dated: Wilmington, Delaware
August 2, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John T. Dorsey (No. 2988)
Neilli Mullen Walsh (No. 2707)
Mary F. Dugan (No. 4704)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Catholic Diocese of Wilmington, Inc.