# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware Corporation, | ) Case No. 09-13560 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) Adv. Proc. No. 09-52866 |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| CATHOLIC DIOCESE OF WILMINGTON, INC., et al., | ) |
| | ) Related to Adv. Docket Nos. 115, 125, 127, 128, 129, 134, 135 |
| Defendants. | ) |

## NOTICE OF APPEAL

St. Ann's Roman Catholic Church, St. John the Beloved Roman Catholic Church, Holy Spirit Roman Catholic Church, St. Thomas the Apostle Roman Catholic Church, St. Francis de Sales Roman Catholic Church, Diocese of Wilmington Schools, Inc., Catholic Cemeteries, Inc., Siena Hall, Inc., Children's Home, Inc., Seton Villa, Inc., Catholic Youth Organization, Inc. and Catholic Diocese Foundation (together, the "Non-Debtor Defendants"), by and through their undersigned counsel, hereby appeal under 28 U.S.C. § 158(a) from the following judgments, orders and opinions of the United States Bankruptcy Court for the District of Delaware:

(i) *Opinion* dated June 28, 2010 [Adv. Docket No. 115], attached hereto as Exhibit A;

(ii) *Corrected Order Partially Granting and Partially Denying Declaratory Relief with Respect to the Second and Fourth Claims for Relief of the Complaint and Directing Entry of Final Judgment Thereon (Phase I)* [Adv. Docket No. 129] entered by this Court on July 19, 2010, attached hereto as <u>Exhibit B</u>;[1]

(iii) *Corrected Final Judgment* [Adv. Docket No. 128] entered by this Court on July 19, 2010, attached hereto as <u>Exhibit D</u>;[2]

(iv) *Opinion* dated July 21, 2010 [Adv. Docket No. 134], attached hereto as <u>Exhibit F</u>; and

(v) *Order Denying Motion of the Non-Debtor Defendants for Reconsideration of the Court's June 28, 2010 Opinion* [Adv. Docket No. 135] entered by this Court on July 21, 2010, attached hereto as <u>Exhibit G</u>.

The names of all parties to the judgments, orders and opinions appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Non-Debtor Defendants** | Ashby & Geddes |
| **St. Ann's Roman Catholic Church;** | Stephen E. Jenkins |
| **St. John the Beloved Roman Catholic Church;** | Philip Trainer, Jr. |
| **Holy Spirit Roman Catholic Church;** | Toni-Ann Platia |
| **St. Thomas the Apostle Roman Catholic Church;** | Stacy L. Newman |
| **St. Francis de Sales Roman Catholic Church;** | 500 Delaware Avenue, 8th Floor |
| **Diocese of Wilmington Schools, Inc.;** | P.O. Box 1150 |
| **Catholic Cemeteries, Inc.;** | Wilmington, DE 19899 |
| **Siena Hall, Inc.;** | Telephone: (302) 654-1888 |
| **Children's Home, Inc.;** | |
| **Seton Villa, Inc.;** | |
| **Catholic Youth Organization, Inc.; and** | |
| **Catholic Diocese Foundation** | |

---

[1] For the avoidance of doubt, the Non-Debtor Defendants also appeal the *Order Partially Granting and Partially Denying Declaratory Relief with Respect to the Second and Fourth Claims for Relief of the Complaint and Directing Entry of Final Judgment* [Adv. Docket No. 125], attached hereto as <u>Exhibit C</u>.

[2] For the avoidance of doubt, the Non-Debtor Defendants also appeal the *Final Judgment* [Adv. Docket No. 127], attached hereto as <u>Exhibit E</u>.

| | |
|---|---|
| **The Official Committee of Unsecured Creditors** | Pachulski Stang Ziehl & Jones, LLP<br>Laura Davis Jones<br>James Stang<br>Kenneth Brown<br>James O'Neill<br>Gillian Brown<br>Elissa Wagner<br>Curtis Hehn<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899<br>Telephone: (302) 652-4100 |
| **Debtor Catholic Diocese of Wilmington, Inc.** | Young Conaway Stargatt &Taylor, LLP<br>John Dorsey<br>Neilli Walsh<br>Mary Dugan<br>Patrick Jackson<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600 |

**ASHBY & GEDDES**

*/s/ Stacy L. Newman*

Stephen E. Jenkins (#2152)
Philip Trainer, Jr. (#2788)
Toni-Ann Platia (#5051)
Stacy L. Newman (#5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

*Attorneys for the Non-Debtor Defendants*

Dated: August 2, 2010