# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., ) <br> a Delaware Corporation, ) | Case No. 09-13560 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) <br> CREDITORS, ) | Adv. Proc. No. 09-52866 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., ) <br> et al., ) | **Related Adv. Docket Nos. 138, 141, 152,** |
| ) | **156** |
| Defendants. ) | |

## CERTIFICATION OF COUNSEL REGARDING
## CERTIFICATION OF DIRECT APPEAL TO THE UNITED STATES COURT
## OF APPEALS FOR THE THIRD CIRCUIT

I, Stacy L. Newman, counsel to the defendant parish corporations and non-debtor Catholic entities that participate in the pooled investment account (the "Pooled Investment Account") maintained by the Debtor at Bank of New York Mellon (together, the "Non-Debtor Participants"), hereby certify as follows:

1. On July 28, 2010, the Non-Debtor Defendants filed the *Petition, Pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f), for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit of Their Appeal from the Phase I Order and Judgment* (the "Certification Motion") [Adv. Docket No. 138]. Contemporaneously therewith, the Non-Debtor Defendants filed a motion requesting that the Court schedule an emergency hearing on the Certification Motion [Adv. Docket No. 139]. The

Court granted the motion and scheduled an emergency hearing on the Certification Motion for August 12, 2010 [Adv. Docket No. 140].

2. On August 2, 2010, the Non-Debtor Defendants filed a timely notice of appeal (the "Notice of Appeal") [Adv. Docket No. 149] with respect to the (i) *Opinion* dated June 28, 2010 [Adv. Docket No. 115]; (ii) *Corrected Order Partially Granting and Partially Denying Declaratory Relief with Respect to the Second and Fourth Claims for Relief of the Complaint and Directing Entry of Final Judgment Thereon (Phase I)* entered by this Court on July 19, 2010 [Adv. Docket No. 129];[1] (iii) *Corrected Final Judgment* entered by this Court on July 19, 2010 [Adv. Docket No. 128];[2] (iv) *Opinion* dated July 21, 2010 [Adv. Docket No. 134]; and (v) *Order Denying Motion of the Non-Debtor Defendants for Reconsideration of the Court's June 28, 2010 Opinion* entered by this Court on July 21, 2010 [Adv. Docket No. 135] (collectively, the "Phase I Order and Judgment").

3. On August 13, 2010, the Court held a hearing to consider the Certification Motion. Following oral argument, the Court certified the appeal, finding that 28 U.S.C. § 158(d)(2)(A)(ii) and (iii) had been satisfied. The Court directed counsel for the Non-Debtor Defendants to submit a revised proposed order under certification of counsel.

4. The Non-Debtor Defendants have conferred with counsel to the Debtor and counsel to the Official Committee of Unsecured Creditors on a form of revised proposed order. The parties have agreed on a form of revised proposed order (the "Revised Proposed Order'),

---

[1] For the avoidance of doubt, the Non-Debtor Defendants also appealed the *Order Partially Granting and Partially Denying Declaratory Relief with Respect to the Second and Fourth Claims for Relief of the Complaint and Directing Entry of Final Judgment* [Adv. Docket No. 125].

[2] For the avoidance of doubt, the Non-Debtor Defendants also appealed the *Final Judgment* [Adv. Docket No. 127].

{00432671;v1}

which is attached hereto as Exhibit A. A blackline of the Revised Proposed Order against the original form of order submitted with the Certification Motion is attached hereto as Exhibit B.

WHEREFORE, the Non-Debtor Defendants respectfully request that the Court enter the Revised Proposed Order attached hereto as Exhibit A at the earliest convenience of the Court.

Dated: August 18, 2010
Wilmington, Delaware

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

/s/ Stacy L. Newman

Stacy L. Newman (#5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
SNewman@ashby-geddes.com

*Counsel for the Non-Debtor Defendants*