IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware Corporation, | ) ) ) | Case No. 09-13560 (CSS) |
| | ) | |
| Debtor. | ) ) | |
| | | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) | Adv. Proc. No. 09-52866 |
| | ) | |
| Plaintiff, v. | ) ) ) | |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., et al., | ) ) ) | Related Adv. Docket Nos. 138, 152, 156 |
| | ) | |
| Defendants. | ) ) | |

## ORDER CERTIFYING DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF THE NON-DEBTOR DEFENDANTS' APPEAL FROM THE PHASE I ORDER AND JUDGMENT

A notice of appeal having been timely filed in the above-captioned Chapter 11 case on August 2, 2010 by the defendant parish corporations and non-debtor Catholic entities that participate in the pooled investment account maintained by the Debtor at the Bank of New York Mellon (f/k/a Mellon Bank, N.A.) (together, the "Non-Debtor Defendants") appealing the *Opinion* dated June 28, 2010 [Adv. Docket No. 115], a copy of which is attached hereto as Exhibit 1; *Order Partially Granting and Partially Denying Declaratory Relief with Respect to the Second and Fourth Claims for Relief of the Complaint and Directing Entry of Final Judgment* [Adv. Docket No. 125], a copy of which is attached hereto as Exhibit 2; the *Corrected Order Partially Granting and Partially Denying Declaratory Relief with Respect to the Second and Fourth Claims for Relief of the Complaint and Directing Entry of Final Judgment Thereon*

{00431801;v1}

*(Phase I)* [Adv. Docket No. 129], a copy of which is attached hereto as <u>Exhibit 3</u>; the *Final Judgment* [Adv. Docket No. 127], a copy of which is attached hereto as <u>Exhibit 4</u>; the *Corrected Final Judgment* [Adv. Docket No. 128], a copy of which is attached hereto as <u>Exhibit 5</u>; the *Opinion* dated July 21, 2010 [Adv. Docket No. 134], a copy of which is attached hereto as <u>Exhibit 6</u>; and the *Order Denying Motion of the Non-Debtor Defendants for Reconsideration of the Court's June 28, 2010 Opinion* [Adv. Docket No. 135], a copy of which is attached hereto as <u>Exhibit 7</u> (collectively, the "<u>Phase I Order and Judgment</u>"); and for the reasons set forth by the Court on the record; the Court hereby finds that the *Non-Debtor Defendants' Petition, Pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f), for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit of Their Appeal from the Phase I Order and Judgment* (the "<u>Certification Request</u>") [Adv. Docket No. 138] arises from a timely appeal from a final judgment, order or decree of the United States Bankruptcy Court for the District of Delaware; this Court hereby further finds that the Phase I Order and Judgment involve a question of law requiring resolution of conflicting decisions; and this Court hereby further finds that an immediate appeal from the Phase I Order and Judgment will materially advance the progress of both the above-captioned adversary proceeding and Chapter 11 case; and thus it is hereby

ORDERED that, pursuant to 28 U.S.C. § 158(d)(2)(A)(ii) and (iii) and Bankruptcy Rule 8001(f), the Non-Debtor Defendants' appeal of the Phase I Order and Judgment is hereby CERTIFIED for direct appeal to the Third Circuit.

Dated: August 19, 2010

THE HONORABLE CHRISTOPHER SONTCHI
UNITED STATES BANKRUPTCY JUDGE

{00431801;v1}