UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

# APPEAL TRANSMITTAL SHEET

Case Number: 09-52866  ○ BK  ● AP
If AP, related BK Case Number: 09-13560

Title of Order Appealed:
Opinion/Order Denying Motion of the Non-Debtor for Reconsideration
Docket Number: 115/135   Date Entered: 06/28/2010

Item Transmitted:  ● Notice of Appeal      ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal   ○ Cross Appeal
Docket Number: 147   Date Filed: 08/02/2010

*Appellant/Cross Appellant:
Catholic Diocese Found./Catholic Charit

*Appellee/Cross Appellee:
Official Comm Unsec. Cred/Lay Employees

Counsel for Appellant:
Stephen E. Jenkins
Philip Trainer, Jr.
ASHBY & GEDDES

Counsel for Appellee:
James I. Stang, Kenneth H. Brown,
Gillian N. Brown, Elissa A. Wagner
PACHULSKI STANG ZIEHL & JONES, LLP
Donald J. Detweiler, Sandra G. M. Selzer
GREENBERG, TRAURIG, LLP

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ● Yes  ○ No

IFP Motion Filed by Appellant?  ○ Yes  ● No

Have Additional Appeals to the Same Order been Filed?  ● Yes  ○ No
If so, has District Court assigned a Civil Action Number?  ○ Yes  ○ No  Civil Action # _____

Additional Notes:
Certification of Direct Appeal to the U.S. Court of Appeals Signed on 08/19/2010 (Docket #177)

08/23/2010                          By: Sandra Jackson
Date                                    Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: BAP- 10-68
7/6/06