IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Catholic Diocese of Wilmington Inc.

**DOCKET ITEM #** 10

| | | |
|---|---|---|
| Catholic Diocese of Wilmington Inc. | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 10-709 |
| v. | ) | |
| Official Committee of Unsecured Creditors | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 09-13560<br>ADV 09-52866<br>BAP 10-68 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following orders of the Bankruptcy Court dated 7/19/10 & 7/21/10 were docketed in the District Court on 8/23/10:

    (1) Opinion Dated 6/28/10
    (2) Order Partially Granting and Partially Denying Declaratory Relief with Respect to Second and Fourth Claims for Relief of the Complaint entered 7/19/10
    (3) Corrected Final Judgment entered 7/19/10
    (4) Opinion dated 7/21/10
    (5) Order Denying Motion of the Non-Debtor Defendants for Reconsideration of the Court's 6/28/10 Opinion entered 7/21/10

A Request for Certification of Direct Appeal to the U.S. Court of Appeals and related documents were also docketed in the District Court on 8/23/10.

Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                          Peter T. Dalleo
                                          Clerk of Court

Date: 8/24/10
To:   U.S. Bankruptcy Court
       Counsel