IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware Corporation, | ) ) ) | Case No. 09-13560 (CSS) |
| Debtor.[1] | ) ) ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 09-52866 (CSS) |
| CATHOLIC DIOCESE OF WILMINGTON, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

    Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtor and Debtor in Possession in the above-referenced matter, and on November 3, 2010, he caused a copy of the following document(s), to be served as indicated upon the parties identified on the service list attached:

    **Reply Brief in Further Support of Debtor's Motion for Judgment on the Pleadings (Phase II) [ Adv. Pro. Docket No. 210]**

---

[1]     The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

**Appendix to Reply Brief in Further Support of Debtor's Motion for Judgment on the Pleadings (Phase II) [ Adv. Pro. Docket No. 211]**

**Notice of Completion of Briefing [Adv. Pro. Docket No. 212]**

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this 5 day of November, 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

# SERVICE LIST
## 11/3/2010

Gillian N. Brown, Esq.
Elisa A. Wagner, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
(Committee Counsel)
*First Class Mail*

Donald J. Detweiler, Esq.
Sandra G. M. Selzer, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Committee of Lay Employees)
*Hand Delivery*

Stephen E. Jenkins, Esq
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Pooled Investment Program)
*Hand Delivery*

Kenneth H. Brown, Esq.
Pachulski, Stang, Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Committee Counsel
*First Class Mail*

Curtis A. Hehn, Esq
Pachulski, Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899
(Committee Counsel)
*Hand Delivery*

Office of the United State Trustee
Attn: David Klauder, Esq.
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*